■ In the Matter of the Application of GEORGE E. PHILLIES for Reinstatement as a Member of the Bar.— Application denied.

■ MAUDE K. HAYES, Appellant, v. UTICA MUTUAL INSURANCE COMPANY et al., Respondents. (Aug. 2, 1965.) — See *Per Curiam* opinion in *Caira* v. *McKenna* (23 A D 2d 325).

■ In the Matter of the Arbitration between GEORGE W. TUTTLE, Respondent, and MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION, Appellant. (July 15, 1965.) — See *Per Curiam* opinion in *Caira* v. *McKenna* (23 A D 2d 325).

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ELTON KENNETH BAST, Appellant.— Motion granted and time for argument of appeal enlarged to include September 1965 Term, upon condition that records and appellant's briefs are filed and served on or before July 15, 1965. This shall not constitute an extension of the certificate of reasonable doubt that has been granted in this case. (See *People* v. *Gorney*, 18 A D 2d 964.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT V. GUILFORD, Appellant. — Motion to dismiss appeal denied; time to file and serve appellant's brief extended to July 12, 1965 and directed that case be argued at September 1965 Term. This shall not constitute an extension of the certificate of reasonable doubt that has been granted in this case. (See *People* v. *Gorney*, 18 A D 2d 964.)